UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIE PEARL SMITH, *individually and as Personal Representative for and as Administratrix for the estate of* Akiah Kamil Smith,<br><br>        Plaintiff,<br><br>vs.<br><br>HOSPITAL AUTHORITY OF COBB COUNTY, COBB HOSPITAL, INC., WELLSTAR COBB HOSPITAL AUXILIARY, INC., WELLSTAR HEALTH SYSTEM, INC., WELLSTAR MEDICAL GROUP, LLC, HARRY M. LIGHTFOOT, M.D., PRITI PANDYA, M.D., ROBERT J. DEL POZO, M.D., UFUOMA Y. PHILEMON, PRASHANT PATIL V, M.D., SITAL PATEL V, M.D., RITESH L. PATEL, M.D., RIFQUAT GIWA, M.D., GAIL HARRIS, CM, JOAN M. CARNAHAN, ARRT, JEFFREY S. CHARPENTIER, M.D., DOUGLAS L. CARR, LD, AASIM M. SHEIKH, M.D., WALLACE SARA, LD, FRANK A. BUESE, M.D., ERIC M. KNAUER, M.D., HEALTHPORT TECHNOLOGIES, LLC, ELEANOR MCLOVEEN, DOES, et al<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-cv-4736-TCB |

## J U D G M E N T

This action having come before the court Honorable Timothy C. Batten, Sr., United States District Judge, for its consideration on the merits and the court having reviewed the matter, it is hereby,

**Ordered and Adjudged** that the action be, and the same hereby is **DISMISSED** without prejudice for lack of jurisdiction.

Dated at Atlanta, Georgia, this 16th day of March, 2017.

                                          JAMES N. HATTEN
                                          CLERK OF COURT

                                          */s/ Janice Micallef*
                            By: _____
                                          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  March 16, 2017
James N. Hatten
Clerk of Court
      */s/ Janice Micallef*
By:_____
      Deputy Clerk